516 A.2d 328

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Gregory Aaron THOMAS, Appellee.**

Supreme Court of Pennsylvania.

Argued Jan. 24, 1986.

Decided Oct. 16, 1986.

Eric B. Henson, Deputy Dist. Atty., Robert B. Lawler, Chief/Appeal Div., Gaele M. Barthold, Chief/Prosecution Appeals, Ann C. Lebowitz, Philadelphia, for appellant.

Michael J. Byrne, Jr., Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## OPINION OF THE COURT

PER CURIAM.

For the reasons set forth in *Commonwealth v. Harper*, 512 Pa. 155, 516 A.2d 319 (1986), filed contemporaneously with this decision, the order of Superior Court, 335 Pa.Superior Ct. 323, 484 A.2d 155, is reversed and judgment of sentence reinstated.

PAPADAKOS, J., files a concurring opinion in which LARSEN, J., joins.

McDERMOTT, J., did not participate in the consideration or decision in this case.

PAPADAKOS, Justice, concurring.

I concur with the reversal of the Opinion and Order of Superior Court and the reinstatement of the judgment of sentence. For the reasons stated in my concurring opinion in *Commonwealth v. Harper*, 512 Pa. 155, 516 A.2d 319 (1986), filed contemporaneously herewith, I would take this opportunity to overrule *Commonwealth v. Tarver*, 493 Pa. 320, 426 A.2d 569 (1981).

LARSEN, J., joins in this concurring opinion.